# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>CARLOS AVALOS-DIAZ (2),<br><br>              Defendant. | CASE NO. 10CR2307-BEN<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in case #10CR3208-BEN against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in Information:

    21 USC 952 AND 960 - Importation of Cocaine

---

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 9/6/11

                                               BERNARD G. SKOMAL
                                               UNITED STATES MAGISTRATE JUDGE